UNITED STATE DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
DEC 2 8 2005
AT 8:30 _____ M
WILLIAM T. WALSH

UNITED STATES OF AMERICA

ORDER FOR RETURN OF
DEPOSIT OF BAIL

VS

MATTHEW JACOBS

RECOG# 38480
03-MG-8075-05

  It appearing to the Court that the above-named defendant was held in bail by the United States District Court for the District of New Jersey for appearance before this Court and that the sum of, TWENTY THOUSAND DOLLARS ($20,000.00), was deposited in the registry of this Court as security for the said recognizance, and it further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record, it is on this ___ day of ~~Jan.~~ ~~2006.~~ December 2005

  Ordered that the sum of TWENTY THOUSAND DOLLARS, ($20,000.00) be paid to PRISCILLA (JACOBS) CASCIANO, 91 ANDROMEDA CIRCLE, LAKE ARIEL, PA. 18436.

GARRETT E. BROWN, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT